# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. WILLIAM MARTIN ZONDORAK, Defendant. | Case No.: 17cr1478-AJB **MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** **(Doc. No. 27)** |

Pursuant to the motion by the U.S. (doc. No. 27), the Court, pursuant to Fed. R. Crim. Proc. 48(a), dismisses the Information in this case without prejudice in the interests of justice.

IT IS SO ORDERED.

Dated: September 5, 2017

Hon. Anthony J. Battaglia
United States District Judge